WHITE v. GLOVER. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Edward White against Augusta P. Glover. No opinion. Motion denied, with $10 costs. Order filed. See, also, 123 N. Y. Supp. 482.